UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:26-po-00054-CDB |
| Plaintiff, | [Citations #FBBP00AI CA/40] |
| v. | ORDER ON MOTION TO DISMISS |
| JOHN M. DWYER, | ORDER DIRECTING UNITED STATES OF AMERICA TO SERVE PLAINTIFF VIA EMAIL |
| Defendant. | (Doc. 6) |

On May 26, 2026, the United States of America filed a motion pursuant to Fed. R. Civ. P. 48(a) to dismiss Case No. 5:26-po-00054-CDB [Citation # FBBP00AI CA/40] against JOHN M. DWYER, without prejudice, in the interest of justice.  (Doc. 6).

The Court finds the motion should be granted.  However, because the motion was filed only one week prior to the date trial in this case is scheduled to commence (June 2, 2026), and service by mail of the Court's order upon Defendant may not be complete by the date the parties are required to appear for trial, the Court will direct the United States of America to effect service of this order upon Defendant via email and file proof of service thereof.

///

///

///

1

**Conclusion and Order**.

Accordingly, it is HEREBY ORDERED that the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) to dismiss the citation is GRANTED and the case is dismissed without prejudice.

It is FURTHER ORDERED that the United States of America shall effect service of this order upon Defendant via email and file proof of service thereof no later than June 1, 2026.

IT IS SO ORDERED.

Dated:    **May 26, 2026**    _____

UNITED STATES MAGISTRATE JUDGE